Vahag Matevosian (State Bar No. 283710)
Email: consumerlitigationteam@kaass.com

JS-6

**KAASS LAW**
313 East Broadway #944
Glendale, California, 91209
Telephone: 310.943.1171

Attorneys for Plaintiff
MARINE GAZARYAN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINE GAZARYAN, an individual, ) <br>     Plaintiff, ) <br> ) <br>  vs. ) <br> ) <br> BANK OF AMERICA NA, A National ) <br> Association, ) <br>     Defendant. ) <br> _____ ) | **Case No. CV 12-8780-GW(PJWx)** <br><br> ORDER GRANTING THE JOINT STIPULATION TO DISMISS THE ACTION |

Based on the JOINT STIPULATION TO DISMISS by Plaintiff MARINE GAZARYAN and Defendant BANK OF AMERICA NA, the above-captioned action is hereby dismissed with prejudice.

Each side shall bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: June 17, 2013

_____
HON. GEORGE H WU
UNITED STATES DISTRICT JUDGE

1

**[Proposed] ORDER**